Appeals dismissed, unless appellants serve undertaking in 20 days, and $10 costs in each action. Appellants to serve case again.

---

DOUGLASS *v.* FERRIS.

(*Supreme Court, General Term, Third Department.* September 24, 1888.)

Order affirmed, with $10 costs and printing disbursements.

---

HOBBY *v.* ELLIOTT *et al.*

(*Supreme Court, General Term, Fifth Department.* October 19, 1888.)

*D. A. Adams,* for appellants. *Wm. E. Hobby,* for respondent. Judgment affirmed.

BARKER, P. J., not sitting.

---

NELBACH *v.* FITCH *et al.*

(*Supreme Court, General Term, Fourth Department.* July, 1888.)

PER CURIAM. Whether the furniture, to recover the price of which, less some credits, this action was brought, was sold upon the credit of defendants as partners, or upon their individual credit and the individual credit of McCrea, their employe, was, under the evidence, a fair question of fact for the jury, whose verdict this court will not disturb. The judgment and order are affirmed, with costs.

---

MANDEVILLE *v.* NEWTON.

(*Supreme Court, General Term, Fifth Department.* June 23, 1888.)

*Bolles & Waring,* for appellant. *William Sprague,* for respondent. Judgment affirmed.

---

HANNAR *v.* PRATT.

(*Supreme Court, General Term, Fifth Department.* June 23, 1888.)

*L. N. Bangs,* for appellant. *Rogers, Locke & Milburn,* for respondent. Judgment and order affirmed.